IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BENJAMIN GESKE and JAMIE DUPAW, )
)
          Plaintiffs, )
)
          vs. )
)
FEDERAL NATIONAL MORTGAGE ASS'N, )  No. 1:13-cv-07720
a/k/a FNMA or FANNIE MAE; )  Judge Robert M. Dow, Jr.
SETERUS, INC., f/k/a IBM LENDER )
BUSINESS PROCESS SERVICES, INC.; )
CITIMORTGAGE, INC.; )
)
          Defendants. )


## PARTIES' JOINT INITIAL STATUS REPORT

Pursuant to the Court's standing order, counsel for plaintiffs, and counsel for defendants submit the following joint initial status report.

**A.    Attorneys of record**

| | |
|---|---|
| For Plaintiffs: | For Defendants Seterus, Inc. and Fed. Nat. Mrtg. Assoc. ("Fannie Mae"): |
| Daniel A. Edelman | Ralph T. Wutscher |
| Cathleen M. Combs | Ernest Wagner |
| James O. Latturner | Charles Ochab |
| Tara L. Goodwin (lead trial attorney) | MCGINNIS WUTSCHER BEIRAMEE LLP |
| EDELMAN, COMBS, LATTURNER, | 105 W. Madison, 18th Floor |
|     & GOODWIN, LLC | Chicago, Illinois 60602 |
| 120 S. LaSalle St., 18th Floor | Tel. (312) |
| Chicago, IL 60603 | Fax (312) 284-4751 |
| (312) 739-4200 | |
| (312) 419-0379 (fax) | |

1

For defendant CitiMortgage, Inc.:

J. Matthew Goodin
Nicholas D. O'Conner
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Phone: 312-443-0494

Tara L. Goodwin is expected to try the case for the plaintiffs. Ralph Wutscher and/or Ernest Wagner are expected to try the case for defendant Seterus and FNMA. J. Matthew Goodin is expected to try the case for defendant CitiMortgage, Inc.

**B.     Basis of Federal Jurisdiction**

The parties agree that this Court has jurisdiction under 28 U.S.C. §§1331 and 1367.

**C.     Nature of the claims asserted in the complaint and any counterclaim**

Plaintiffs allege defendant Seterus violated the FDCPA when it misrepresented the amount owed in a collection letter sent to plaintiffs, and added estimated attorney's fees, default charges and forced place insurance premiums to plaintiffs' loan balance. Plaintiffs allege defendants FNMA and CitiMortgage breached their mortgage and loan modification contracts when they refused to honor the loan modification, misapplied payments, improperly treated plaintiffs as if they were in default, added wrongful fees to the loan balance and wrongfully foreclosed on the mortgage when plaintiffs were not in default. Plaintiffs allege that all defendants violated the Illinois Consumer Fraud Act.

None of the defendants have asserted any counterclaims at this time.

**D.     Name of any party who or which has not been served, and any fact or circumstance related to non-service of process on such party.**

All parties in this lawsuit have been served.

**E.     The Principal Legal Issues**

Whether Seterus's conduct constituted a violation of the FDCPA.

Whether FNMA and CitiMortgage breached plaintiffs' mortgage contract and/or loan modification contract.

Whether defendants' conduct violated the Illinois Consumer Fraud Act.

Whether an enforceable loan modification existed.

Whether all or part of Plaintiffs' allegations are barred by res judicata and/or collateral estoppel.

Whether all or part of Plaintiffs' FDCPA allegations are barred by the "bona fide error" defense under 15 U.S.C. § 1692k(c).

**F.     The Principal Factual Issues**

Whether defendants refused to honor plaintiffs' alleged loan modification.
Whether CitiMortgage and FNMA misapplied plaintiffs' payments.
Whether defendants added improper charges to plaintiffs' loan balance.
What damages – if any -- the plaintiffs suffered as a result of defendants' conduct.

**G.     Whether a trial by jury has been demanded by any party**

A trial by jury has been demanded by plaintiffs.

**H.     Discovery Plan**

Discovery will be needed on the factual issues outlined above. The parties propose the following discovery deadlines:

1. Parties are to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by March 26, 2014;

2. All discovery to be commenced in time to be completed by December 12, 2014.

3. Expert Disclosures. (a) plaintiff's expert disclosures are due by August 26, 2014, (b) plaintiffs are to produce experts for deposition by September 16, 2014, (c) defendants' expert disclosures are due by October 15, 2014, (d) defendant to produce experts for deposition by November 5, 2014, (e) plaintiff's rebuttal deadline is November 21, 2014.

4. The parties' dispositive motions should be filed by January 16, 2015.

**I.     Trial date and estimated length of trial**

The earliest date that the parties would be ready for trial would be April 1, 2015. The parties expect that the trial would last 2-3 days.

**J.     Consent**

Parties do not unanimously agree that this case may be tried by the assigned Magistrate Judge.

**K.      Status of settlement discussions**

The parties have engaged in preliminary settlement discussions.

**L.      Whether the parties request a settlement conference**

The parties may request a settlement conference if they are unable to settle the case on their own.

Date:

2/20/2014

For plaintiffs:

| | |
|---|---|
| /s/ Tara L. Goodwin | For Defendants Seterus, Inc. |
| Tara L. Goodwin | and Fed. Nat. Mrtg. Assoc. ("Fannie Mae"): |
| | |
| Daniel A. Edelman | /s/ Ernest P. Wagner |
| Tara L. Goodwin | Ralph T. Wutscher |
| EDELMAN, COMBS, LATTURNER, | Ernest Wagner |
|     & GOODWIN, LLC | Charles Ochab |
| 120 S. LaSalle St., 18th Floor | MCGINNIS WUTSCHER BEIRAMEE LLP |
| Chicago, IL 60603 | 105 W. Madison, 18th Floor |
| (312) 739-4200 | Chicago, Illinois 60602 |
| FAX: (312) 419-0379 | Tel. (312) 602-2596 |
| | Fax (312) 284-4751 |

For defendant CitiMortgage, Inc.:

/s/ Nicholas D. O'Conner
J. Matthew Goodin
Nicholas D. O'Conner
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
Phone: 312-443-0494

## **CERTIFICATE OF SERVICE**

  I, Tara L. Goodwin, hereby certify that on February 20, 2014, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following parties:


Coleman Jon Bruan
cbraun@mwbllp.com

Charles J. Ochab
cochab@mwbllp.com

Ernest P. Wagner
ewagner@mwbllp.com

Ralph T. Wutscher
rwutscher@mwbllp.com

James Matthew Goodin
jmgoodin@lockelord.com

Nicholas D. O'Conner
noconner@lockelord.com


               s/ Tara L. Goodwin
               Tara L. Goodwin