**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| Geske, et al. | ) | Case No: 13 C 7720 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: Robert M. Dow, Jr. |
|  | ) |  |
| Federal National Mortgage ASS'N, et al. |  |  |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 25, 2015:
MINUTE entry before the Honorable Robert M. Dow, Jr: For the reasons discussed in the Memorandum Opinion and Order, Defendant CitiMortgage's motion to dismiss Count II of the amended complaint 47 is granted, and Count II is dismissed without prejudice. If Plaintiffs believe that they are able to revise their ICFA allegations to state a valid claim, they may file a 11 second amended complaint within 28 days of the date of this order (or any extension of that deadline that may be requested to accommodate the parties settlement efforts [see 79]). The case remains set for status hearing in the district court on 5/14/2015 at 9:00 a.m. Enter Memorandum Opinion and Order. Mailed notice (cdh, ) (Entered: 03/25/2015)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.