**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| Geske, et al. | ) | Case No: 13 C 7720 |
| v. | ) | Judge: Robert M. Dow, Jr. |
| Federal National Mortgage ASS'N, et al. | ) | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 14, 2015:

MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held and continued to 6/17/2015 at 9:00 a.m. Mailed notice(cdh, ) Modified on 4/30/2015.

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.