**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BENJAMIN GESKE and JAMIE DUPAW, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| FEDERAL NATIONAL MORTGAGE ASS'N, | ) No. 1:13-cv-07720 |
| a/k/a FNMA or FANNIE MAE; | ) Judge Robert M. Dow, Jr. |
| SETERUS, INC., f/k/a IBM LENDER | ) |
| BUSINESS PROCESS SERVICES, INC.; | ) |
| CITIMORTGAGE, INC.; | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

TO: (See attached service list)

    **PLEASE TAKE NOTICE** that on **Wednesday, April 29th, 2015, at 9:15 a.m.**, we shall appear before Judge Dow in Room 1919 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present **PLAINTIFFS' MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL AND FOR OTHER RELIEF,** a copy of which is attached and hereby served upon you.

                                                                          s/ Tara L. Goodwin
                                                                         Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Tara L. Goodwin, certify that on April 15, 2015, the foregoing document was sent via U.S. Mail and electronic mail to the following parties, and by electronic and UPS second day air on plaintiffs:

Coleman Jon Bruan
cbraun@mwbllp.com

Charles J. Ochab
cochab@mwbllp.com

Ernest P. Wagner
ewagner@mwbllp.com

Ralph T. Wutscher
rwutscher@mwbllp.com

James Matthew Goodin
jmgoodin@lockelord.com

Nicholas D. O'Conner
noconner@lockelord.com

Jamie Dupaw Geske and Benjamin Geske
142 Bloomfield Drive
Woodstock, IL 60098

                                              s/ Tara L. Goodwin
                                              Tara L. Goodwin

Tara L. Goodwin
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)