## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Benjamin Geske, et al.

                                      Plaintiff,

v.                                                  Case No.: 1:13–cv–07720
                                                                       Honorable Robert M. Dow Jr.

Federal National Mortgage ASS'N, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 29, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr: The motion of counsel for Plaintiffs to withdraw [83] is granted for the reasons stated in the motion and recapitulated on the record by the Court at the motion hearing. Withdrawing counsel is directed to serve a copy of this order on Plaintiffs and to place on the docket a certificate of compliance with this order. The deadlines for discovery and for filing an amended complaint are stricken (1) to enable Plaintiffs to locate substitute counsel if they so desire and (2) to permit the parties to continue to explore settlement if they so desire [see 79]. Plaintiffs are reminded that this case remains set for status hearing before Magistrate Judge Martin on 5/26/2015 at 9:30 a.m. and before Judge Dow on 6/17/2015 at 9:00 a.m. Failure to appear at either of these status hearings, either in person or through licensed substitute counsel, may result in dismissal of this case for want of prosecution. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.