**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Benjamin Geske, et al.
                                        Plaintiff,
v.                                                      Case No.: 1:13−cv−07720
                                                        Honorable Robert M. Dow Jr.
Federal National Mortgage ASS'N, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 30, 2015:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Notification of Docket Entry of 4/14/2015 [82] was modified to correct a clerical error. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.